# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Ajay N. Dabhi f/d/b/a Shree Balaji Corp., | Case No.: 13-4252hjb |
| Debtor | Chapter 7 |
| Jigisha Patel | |
| Plaintiff, | Adversary Proceeding |
| v. | Case No.: 14-04001hjb |
| Ajay N. Dabhi f/d/b/a Shree Balaji Corp., | |
| Defendant. | |

## AGREEMENT FOR JUDGMENT OF NONDISCHARGEABILITY

Plaintiff, Jigisha Patel ("Plaintiff"), represented by Attorneys John J. Dussi and Stephen C. Garabedian, and Debtor/Defendant, Ajay N. Dabhi f/d/b/a Shree Balaji Corp. ("Defendant"), represented by Deborah E. Rhodes, hereby stipulate as follows:

## RECITALS

1. On or about October 1, 2013, Defendant filed for relief under Chapter 7 of the Bankruptcy Code (the "Petition").

2. On the date of filing the Petition Defendant was indebted to Plaintiff in the sum of $80,000 stemming from a judgment entered against Defendant in civil action 11-502(PGS) in the United States District Court for New Jersey on January 18, 2012 and as registered with the

United States District Court for the District of Massachusetts in MBD No.: 4:12-MC-94011-FDS (hereinafter the "Judgment").

3. On January 3, 2014, Plaintiff filed this Adversary Proceeding objecting to the discharge of the debt. The Parties desire to resolve this matter without further litigation upon the terms and conditions herein.

4. Defendant does not admit herein to any of the facts as stated in the Complaint.

## AGREEMENT

5. The Parties agree that the sum of $80,000.00 owed by Defendant to Plaintiff shall not be discharged by order of this Court and the Judgment shall remain in full force and effect.

6. Said Judgment shall be subject to the post-judgment interest rate as ordered by the United States District Court for the District of New Jersey.

7. The Parties agree that the lien created by the levy of execution on April 9, 2013, in the Worcester County Registry of Deeds located in Book 50712, Page 128, shall remain in full force and effect and shall retain the position as of the date the execution was recorded.

8. The Parties further agree and acknowledge that by entering into this Stipulation that neither party is admitting to liability for any of the claims asserted in this Adversary Proceeding.

9. Defendant understands that he is waiving the right to a trial and the right to a discharge of the aforementioned debt should he prevail at trial.

10. The Parties each agree to pay their own attorney's fees and costs in this matter.

**JIGISHA PATEL**
By her attorneys,

*/s/ John J. Dussi*

John J. Dussi, Esq. (BBO# 546355)
Stephen C. Garabedian, Esq. (BBO# 681522)
COHN & DUSSI, LLC
500 W. Cummings Park, Ste. 2350
Woburn, MA 01801
P: (781) 494-0200

Dated: ~~April~~ July 28, 2014

**AJAY N. DABHI f/d/b/a**
**SHREE BALAJI CORP.**
By his attorney,

*/s/ Deborah E. Rhodes*

Deborah E. Rhodes, Esq. (BBO# 557154)
Deborah E. Rhodes Attorney At Law
P.O. Box 434
Westborough, MA 01581
P: (508) 898-0411
F: (508) 798-2521

Approved by:

_____
Ajay N. Dabhi f/d/b/a Shree Balaji Corp.

3

**CERTIFICATE OF SERVICE**

I, Stephen C. Garabedian, Esquire, do hereby certify that on this 29th day of July, 2014. I served a copy of the foregoing Stipulation for Judgment of Nondischargeability in the Adversary Proceeding in Chapter 7 Bankruptcy through the Court's ECF system.

/s/ Stephen C. Garabedian
Stephen C. Garabedian, Esquire