# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re Ajay N. Dabhi f/d/b/a Shree Balaji Corp., | Case No.: 13-4252hjb |
| Debtor | Chapter 7 |
| Jigisha Patel | |
| Plaintiff, | Adversary Proceeding |
| v. | Case No.: 14-04001hjb |
| Ajay N. Dabhi f/d/b/a Shree Balaji Corp., | |
| Defendant. | |

## JUDGMENT AND ORDER

This matter having come before the court on the Plaintiff's Complaint to Determine the Dischargeability of a Debt pursuant to 11 U.S.C. § 523(a)(2),(4), and the parties' Stipulation for Judgment, and after a review of the pleadings and the Stipulation for Judgment it is hereby ORDERED:

(1)    Final judgment is hereby entered order the sum of $80,000.00 to be nondischargeable pursuant to 11 U.S.C. Section 523(a)(2),(4) as against Debtor and in favor of Plaintiff. The terms of the Stipulation for Judgment executed by the parties are incorporated herein by reference.

DONE AND ORDERED THIS _____ DAY OF _____, 2014, AT WORCESTER, MASSACHUSETTS.

_____
Honorable Judge Henry J. Boroff
United States Bankruptcy Judge